UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL RESIDENT MATCHING PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 09-0344 (PLF) |
| ELECTRONIC RESIDENCY LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that [15] Match A Resident and Electronic Residency LLC's motion

to dismiss the complaint for lack of personal jurisdiction is GRANTED; and it is

FURTHER ORDERED that the plaintiff's complaint is DISMISSED. The Clerk

of the Court shall remove this case from the docket of this Court. This is a final appealable

order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 6, 2010

1